# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162373(107)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DAMETRIUS BENJAMIN POSEY,
    Defendant-Appellant.

_____/

SC: 162373
COA: 345491
Wayne CC: 18-000074-FC

On order of the Chief Justice, the motion of defendant-appellant to file a Standard 4 brief as a supplement to the application is GRANTED. The Standard 4 brief submitted on March 2, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2021



Clerk